UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DEANGELO CRAWFORD, )
 )
 Petitioner, )
 )
 vs. ) Case No. 4:06-CV-1725 (CEJ)
 )
TROY STEELE, )
 )
 Respondent. )

## MEMORANDUM AND ORDER

This habeas corpus action is before the Court upon the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler, to whom the matter was referred pursuant to 28 U.S.C. § 636(b). On August 28, 2007, Judge Medler issued a Report and Recommendation, recommending that the petition of Deangelo Crawford for writ of habeas corpus under 28 U.S.C. § 2254 be denied. Petitioner has not filed any objections to the Report and Recommendation, and the time allowed for doing so has now elapsed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler [#12] is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the petition of Deangelo Crawford for a writ of habeas corpus [#1] is **denied.**

**IT IS FURTHER ORDERED** that petitioner has failed to make a substantial showing of the denial of a constitutional right and the Court will not issue a certificate of appealability. See Cox v. Norris, 133 F.3d 565, 569 (8th Cir. 1997).

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

A separate judgment in accordance with this order will be entered this same date.

                                    _____
                                    CAROL E. JACKSON
                                    UNITED STATES DISTRICT JUDGE

Dated this 19th day of September, 2007.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com